Daniel K. Snyder, Esquire
(Attorney NJ Id # 028172005)
**ARONBERG, KOUSER, SNYDER & LINDEMANN, P.A.**
430 Route 70 West
Cherry Hill, NJ 08002
Telephone: (856) 429-1700
Attorney for Plaintiff

| | |
|---|---|
| DOLORES WASHICK and MICHAEL WASHICK, her husband<br><br>*Plaintiff,*<br><br>vs.<br><br>TARGET STORES, and ABC CORPS 1-10 (fictitious names of businesses and/or corporations which cannot be ascertained at this time), individually, jointly, severally and/or in the alternative<br><br>*Defendants.* | SUPERIOR COURT OF NEW JERSEY BURLINGTON COUNTY LAW DIVISION<br><br>DOCKET NO.: BUR-L-1732-21<br><br>Civil Action<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

STATE OF NEW JERSEY TO:   **TARGET STORES
4 CENTERTON ROAD
MT. LAUREL, NJ 08054**

The Plaintiff named above, has filed a lawsuit against you in the Superior Court of New Jersey. The **Complaint** attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within **35 days** from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the Complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN 971, Trenton, New Jersey. A filing fee ($175.00) payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available

from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services Offices in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

DATED: August 18, 2021

*Michelle M. Smith*
MICHELLE M. SMITH
SUPERIOR COURT CLERK

NAME OF DEFENDANT TO BE SERVED:   **TARGET STORES**
**4 CENTERTON ROAD**
**MT. LAUREL, NJ  08054**

*$175.00 FOR CHANCERY DIVISION CASES OR $175.00 FOR LAW DIVISION CASES*

## CLERKS ADDRESSES

Atlantic County, 1201 Bacharach Blvd., Atlantic City, NJ 08330
Bergen County Justice Center, 10 Main Street, Hackensack, NJ 07601
Burlington County Courts Facility, 49 Rancocas Road, Mt. Holly, NJ 08060
Camden County Hall of Justice, 101 S. 5th Street, Camden, NJ 08103
Cape May County Courthouse, Main Street, Cape May Courthouse, NJ 08210
Cumberland County Court House, Broad and Fayette Streets, Bridgeton, NJ 08302
Essex County Courts Building, 50 W. Market Street, Newark, NJ 07102
Gloucester County Court House, 1 N. Broad Street, Woodbury, NJ 08096
Hudson County Admin. Building, 595 Newark Avenue, Jersey City, NJ 07306
Hunterdon County Court House, Main Street, Flemington, NJ 08822
Mercer County Court House, P.O. Box 8068, Trenton, NJ 08650
Middlesex County Court House, 1 Kennedy Square, New Brunswick, NJ 08903
Monmouth County Court House, 71 Monument Park, Freehold, NJ 07728
Morris County Court House, P.O. Box 900, Morristown, NJ 07963
Ocean County Court House, 118 Washington Street, Toms River, NJ 08754
Passaic County Court House, 77 Hamilton Street, Paterson, NJ 07505
Salem County Court House, 92 Market Street, Salem, NJ 08079
Somerset county court House, P.O. Box 3000, Somerville, NJ 08876
Union county Court House, 2 Broad Street, Elizabeth, NJ 07207
Warren County Courthouse, 2nd and Hardwick Streets, Belevidere, NJ 07823

## LEGAL SERVICES OFFICES

| County | Phone 1 | Phone 2 |
|---|---|---|
| Atlantic County | (609) 348-4200 | (609) 345-3444 |
| Bergen County | (201) 487-2166 | (201) 488-0044 or 692-1011 |
| Burlington County | (609) 261-1088 | (609) 261-4862 |
| Camden County | (856) 964-1002 | (856) 964-4520 |
| Cape May County | (609) 465-3001 | (609) 463-0313 |
| Cumberland County | (609) 692-2400 | (609) 692-6207 |
| Essex County | (201) 622-1513 | (201) 622-6207 |
| Gloucester County | (856) 848-5360 | (856) 848-4589 |
| Hudson County | (201) 792-6363 | (201) 798-2727 |
| Hunterdon County | (908) 782-7979 | (908) 735-2611 |
| Mercer County | (609) 695-6249 | (609) 890-6200 |
| Middlesex County | (609) 249-7600 | (609) 828-0053 |
| Monmouth County | (908) 747-7400 | (908) 431-5544 |
| Morris County | (201) 285-6911 | (201) 267-5882 |
| Ocean County | (908) 341-2727 | (908) 240-3666 |
| Passaic county | (201) 345-7171 | (201) 278-9223 |
| Salem County | (609) 451-0003 | (609) 678-8363 |
| Somerset county | (908) 231-0840 | (908) 685-2323 |
| Sussex County | (201) 383-7400 | (201) 367-5882 |
| Union County | (908) 527-4769 | (908) 353-4715 |
| Warren County | (908) 475-2010 | (908) 267-5882 |

BUR L 001732-21   08/13/2021 4:26:40 AM  Pg 1 of 1 Trans ID: LCV20211882048

```
BURLINGTON COUNTY
SUPERIOR COURT
49 RANCOCAS ROAD
MT HOLLY         NJ 08060
                                         TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (609) 288-9500
COURT HOURS  8:30 AM - 4:30 PM

                        DATE:   AUGUST 12, 2021
                        RE:     WASHICK DOLORES VS TARGET STORES
                        DOCKET: BUR L -001732 21

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON JAMES J. FERRELLI

       IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    003
AT:  (609) 288-9500.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                       ATTENTION:
                               ATT: DANIEL K. SNYDER
                               ARONBERG, KOUSER, SNYDER & LIN

                               430 ROUTE 70 W
                               CHERRY HILL       NJ 08002

JUCPAC3
```

Daniel K. Snyder, Esquire
(Attorney NJ Id # 028172005)
**ARONBERG, KOUSER, SNYDER & LINDEMANN, P.A.**
430 Route 70 West
Cherry Hill, NJ 08002
Telephone: (856) 429-1700
Attorney for Plaintiff

| | |
|---|---|
| DOLORES WASHICK and MICHAEL WASHICK, her husband<br><br>*Plaintiff,*<br><br>vs.<br><br>TARGET STORES, and ABC CORPS 1-10 (fictitious names of businesses and/or corporations which cannot be ascertained at this time), individually, jointly, severally and/or in the alternative<br><br>*Defendants.* | SUPERIOR COURT OF NEW JERSEY<br>BURLINGTON COUNTY<br>LAW DIVISION<br><br>DOCKET NO.:<br><br>Civil Action<br><br>COMPLAINT AND<br>DEMAND FOR JURY TRIAL |

Plaintiffs, Dolores Washick and Michael Washick, residing at 4315 Bridgeboro Road, Township of Moorestown, County of Burlington and State of New Jersey by way of COMPLAINT against the defendants, Target Stores, a company licensed to do business in the State of New Jersey with offices located at 4 Centerton Road, Township of Mt. Laurel, County of Burlington and State of New Jersey and ABC CORPS 1-10, (fictitious names of businesses and/or corporations which cannot be ascertained at this time), individually, jointly, severally and/or in the alternative, says that:

## FIRST COUNT

1.  On or about the 18th day of August, 2019, the plaintiff, Dolores Washick was an invitee legally and lawfully on the premises of the defendant, Target Stores located at 4 Centerton Road, Township of Mt. Laurel, County of Burlington and State of New Jersey.

2. As a legal invitee lawfully upon said premises, the plaintiff, Dolores Washick was caused to fall in the check out aisle resulting in injuries.

3. The defendant, Target Stores had and has a non-delegable duty and obligation to keep said premises properly maintained and safe.

4. The defendant, Target Stores, with actual and/or constructive notice was negligent in the supervisory maintenance, repair and general safekeeping of the premises and had negligently, carelessly and unlawfully permitted patrons to walk in that area so as to make it unsafe and dangerous to persons walking.

5. At the time and place aforesaid, the defendant, Target Stores was negligent in the supervisory maintenance, repair, and general safekeeping of the premises and allowed and/or permitted to exist certain hazardous and dangerous conditions such that this condition created a known hazard and dangerous condition at the defendant, Target Stores, and used by plaintiff and/or any other lawful and legal invitee walking through the area.

6. Defendant, Target Stores:
   (a) failed to warn persons, such as the plaintiff, Dolores Washick of dangerous conditions existing;
   (b) failed to put up warning signs that said dangerous conditions existed; and
   (c) failed to abate the hazards.

7. As a result of the aforesaid carelessness and negligence of the defendants, Target Stores, its agents, servants, employees or representatives, the plaintiff, Dolores Washick sustained severe personal injuries of both a permanent and temporary nature and has been and will in the future be forced to endure great pain and suffering, and has been and will in the future be forced to incur medical expenses in the care and treatment of said injuries and has been and will in the future be unable to continue with her normal course of activities.

BUR-L-001732-21 08/12/2021 8:45:55 AM Pg 3 of 6 Trans ID: LCV20211873749

WHEREFORE, the plaintiff, Dolores Washick hereby demands judgment against the defendant, Target Stores in a sum which will reasonably compensate her for the injuries and damages sustained together with interest and costs of this suit.

### SECOND COUNT

1. Plaintiff hereby repeats the allegations of the First Count and incorporates same into this Count as if set forth more fully herein.

2. Defendant, ABC CORPS 1-10 (fictitious names of businesses and/or corporations which cannot be ascertained at this time) is/are the owner(s) and/or lessees, or agents servants and/or employees of the property located at 4 Centerton Road, Township of Mt. Laurel, County of Burlington and State of New Jersey.

3. As a legal invitee lawfully upon said premises, the plaintiff, Dolores Washick was caused to fall resulting in serious personal injuries.

4. The defendant, ABC CORPS 1-10 (fictitious names of businesses and/or corporations which cannot be ascertained at this time) had a legal and contractual duty and obligation to keep said premises properly maintained and safe legal invitees such as plaintiff, Dolores Washick.

5. Said aisles and floors were to be maintained by defendant, ABC CORPS 1-10 (fictitious names of businesses and/or corporations which cannot be ascertained at this time).

6. The defendant, ABC CORPS 1-10 (fictitious names of businesses and/or corporations which cannot be ascertained at this time), had and has a non-delegable duty and obligation to keep said premises properly maintained and safe.

7. The defendant, ABC CORPS 1-10 (fictitious names of businesses and/or corporations which cannot be ascertained at this time) with actual and/or constructive notice of was negligent in the supervisory maintenance, repair and general safekeeping of the premises.

Page - 3 - of 6

8. At the time and place aforesaid, the defendant, ABC CORPS 1-10 (fictitious names of businesses and/or corporations which cannot be ascertained at this time) was negligent in the supervisory maintenance, repair, and general safekeeping of the business known as Target Store, 4 Centerton Road, Township of Mt. Laurel, County of Burlington and State of New Jersey and allowed and/or permitted to exist certain hazardous and dangerous conditions.

9. Defendant, ABC CORPS 1-10 (fictitious names of businesses and/or corporations which cannot be ascertained at this time):

 (a) failed to warn persons, such as the plaintiff, Dolores Washick of dangerous conditions existing;

 (b) failed to put up warning signs that said dangerous conditions existed; and

 (c) failed to abate the hazards.

10. As a result of the aforesaid carelessness and negligence, the plaintiff, Dolores Washick sustained severe personal injuries of both a permanent and temporary nature and has been and will in the future be forced to endure great pain and suffering, and has been and will in the future be forced to incur medical expenses in the care and treatment of said injuries and has been and will in the future be unable to continue with her normal course of activities.

WHEREFORE, the plaintiff, Dolores Washick, hereby demands judgment against the defendant, ABC CORPS 1-10 (fictitious names of businesses and/or corporations which cannot be ascertained at this time) in a sum which will reasonably compensate her for the injuries and damages sustained together with interest and costs of this suit.

### THIRD COUNT

1. Plaintiff hereby repeats the allegations of the First and Second Counts and incorporates same into this Count as if set forth more fully herein.

2. Plaintiff, Michael Washick, is the husband of plaintiff, Dolores Washick, and is entitled to her care, services, companionship and consortium.

3. As a result of the negligence of the defendants, the plaintiff, Michael Washick, has been deprived of the care, services, companionship and consortium of his wife, Dolores Washick.

WHEREFORE, plaintiff, Michael Washick hereby demands judgment against the Defendants, Target Stores and ABC Corporations 1-10 (fictitious names of corporations which cannot be ascertained at this time) in a sum which will reasonably compensate him for the injuries and damages sustained together with interest, attorney's fees and costs of suit.

## FOURTH COUNT

1. Plaintiffs repeat the allegations of the First through Third Counts and incorporates same into this Count as if set forth more fully herein.

WHEREFORE, the plaintiffs, Dolores Washick and Michael Washick, her husband, hereby demand judgment against the defendants, Target Stores and ABC CORPS 1-10 (fictitious names of businesses and/or corporations which cannot be ascertained at this time) individually, jointly, severally and/or in the alternative, in a sum which will reasonably compensate plaintiffs, for the injuries and damages sustained together with interest and costs of suit.

ARONBERG, KOUSER, SNYDER & LINDEMANN, P.A.

BY: _____
DANIEL K. SNYDER, ESQUIRE
Attorney for Plaintiff

Dated: August 11, 2021

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, DANIEL K. SNYDER, ESQUIRE is hereby designated as trial counsel in this action.

## JURY TRIAL DEMAND

Plaintiffs hereby request a trial by a jury as to all issues in this action.

## NOTICE PURSUANT TO RULES 1:5-1(a) AND 4:17-4(c)

Please take notice that the undersigned attorneys, counsel for the plaintiffs, do hereby demand, pursuant to Rules 1:5-1(a) and 4:17-4(c), that each party herein serving pleadings and interrogatories and receiving answers thereto, serve copies of all such pleadings and answered interrogatories received from any party, including any documents, papers and other material referred to therein, upon the undersigned attorneys, please take notice that this is a continuing demand.

## CERTIFICATION PURSUANT TO RULE 4:5-1

Pursuant to Rule 4:5-1, the undersigned hereby certifies that the above action is not the subject of any other pending lawsuit or arbitration proceeding. There are no other persons interested in the above action who have not been made a party to said action.

ARONBERG, KOUSER, SNYDER & LINDEMANN, P.A.

BY: _____
DANIEL K. SNYDER, ESQUIRE
Attorney for Plaintiff

Dated: August 11, 2021

# Civil Case Information St

## Case Details: BURLINGTON | Civil Part Docket# L-001732-21

| | |
|---|---|
| Case Caption: WASHICK DOLORES VS TARGET STORES | Case Type: PERS |
| | Document Type: C |
| Case Initiation Date: 08/12/2021 | Jury Demand: YE! |
| Attorney Name: DANIEL KENNETH SNYDER | Is this a professio |
| Firm Name: ARONBERG, KOUSER, SNYDER & LINDEMANN, PA | Related cases per |
| | If yes, list docket |
| Address: 430 ROUTE 70 W | Do you anticipate |
| CHERRY HILL NJ 08002 | transaction or occ |
| Phone: 8564291700 | |
| Name of Party: PLAINTIFF : Washick, Dolores | Are sexual abuse |
| Name of Defendant's Primary Insurance Company (if known): None | Are sexual abuse |

### THE INFORMATION PROVIDED ON THIS FORM CANNOT B
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APP

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by th

Use this space to alert the court to any special case characteristics that management or accelerated disposition:

Do you or your client need any disability accommodations? NO
If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
If yes, for what language:

Please check off each applicable category: Putative Class Action? NO